

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ANDREW R. PERRONG,  : CIVIL ACTION
    *Plaintiff,*  :
  :
    v.  :
  : **FILED**
STARS AND STRIPES  : JAN 14 2019
CHIMNEY SERVICES LLC et al.,  : No. 19-0039   KATE BARKMAN, Clerk
    *Defendants.*  : By _____ Dep. Clerk

## ORDER

**AND NOW**, this 11th day of January, 2019, upon consideration of Plaintiff's Motion for

Permission to Use ECF (Doc. No. 3), it is **ORDERED** that the Motion (Doc. No. 3) is **GRANTED**.

The Clerk of Court is **directed** to issue to the Plaintiff such usernames and passwords as to provide

the Plaintiff with full access to the ECF Filing System to the extent required to participate fully in

the above-captioned case **ONLY**, and in turn, the Plaintiff is **ORDERED** to follow all the terms

and conditions made applicable to that grant by the ECF Procedural Rules.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE