UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW R. PERRONG** ) | | |
| **1657 The Fairway #131 Jenkintown, PA 19046** ) | | |
| ) | | |
| ) | | |
| **Plaintiff,** ) | Civil Action | |
| **vs.** ) | No. 19-39 | |
| ) | | |
| **STARS AND STRIPES CHIMNEY SERVICES,** ) | | |
| **LLC** ) | | |
| ) | | |
| **Et. Al.** ) | | |
| **Defendants.** ) | **Jury Trial Demanded** | |
| ) | | |

## PLAINTIFF'S STATUS UPDATE

Plaintiff ANDREW R. PERRONG responds to the court's order dated July 23, 2019, (Doc. No. 10), and is providing this status update. In response thereto, Plaintiff respectfully withdraws his request for treble damages in his motion for default judgement (Doc. No. 9). Plaintiff no longer seeks an entry of an Order of Default Judgement granting treble damages. Plaintiff intends the rest of his motion to stand insofar as it does not request treble damages.

Dated: **July 23, 2019**

_____/s/_____
Andrew Perrong
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com

1